IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:06CV531**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) |
| Plaintiff, | ) **ORDER** |
| v. | ) ) |
| JOHN F. MANGAN, JR., | ) ) |
| Defendant. | ) ) |

THIS MATTER is before the court on its own motion. Parties have filed a joint Report of FRCP 26(f) Conference and Proposed Discovery Plan. Prior to entering the Pre-Trial Order, an Initial Pretrial Conference will be held in Chambers. Parties are directed to appear for this conference on **Thursday, May 3, 2007, at 10:30 a.m.**

IT IS SO ORDERED.

Signed: April 12, 2007

Graham C. Mullen
United States District Judge