UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CV-531-GCM

| | |
|---|---|
| U.S. SECURITIES & EXCHANGE COMMISSION,<br>    Plaintiff,<br>v.<br><br>JOHN F. MANGAN, JR., *et al,*<br>    Defendants. | **ORDER** |

**THIS MATTER** is before the court on its own motion. The trial in this matter is hereby re-scheduled for **Monday, August 4, 2008, at 10:00 a.m.** in Charlotte.

It is so ordered.

               Signed: February 13, 2008

               Graham C. Mullen
               United States District Judge