UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06-CV-531-GCM

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

JOHN F. MANGAN, JR.,

        Defendant

### First Revision to Pretrial Order

On motion of the Plaintiff and the consent of the Defendant, **IT IS HEREBY ORDERED THAT** the paragraphs listed below, which are included in this Court's Pretrial Order dated October 25, 2007, are revised, as indicated below in bold:

    All motions except motions in limine and motions to continue shall be filed by **April 16, 2008.** Parties may not extend this deadline by agreement and stipulated extensions of the completion of discovery do not extend the Motions Deadline. Motions in limine shall be filed no later than three (3) weeks before the first day of the term in which the case has been placed on a published trial calendar. Responses to motions in limine shall be filed within five (5) business days of receipt of the motions in limine.

    The tentative date for the start of trial is **September 22, 2008.**

Signed: March 20, 2008

Graham C. Mullen
United States District Judge