# United States District Court
## For The Western District of North Carolina
## Charlotte Division

Securities and Exchange Commission,

        Plaintiff(s),                       JUDGMENT IN A CIVIL CASE

vs.                                         3:06cv531

John F. Mangan, Jr.,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 8/20/2008 Order.

Signed: August 20, 2008

Frank G. Johns, Clerk
United States District Court