**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

**CIVIL ACTION NO. 3:06-CV-531**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br>        Plaintiff, <br><br> v. <br><br> JOHN F. MANGAN, JR., <br><br>        Defendant, <br><br> and <br><br> HUGH L. MCCOLL, III <br><br>        Relief Defendant. | **ORDER** |

The Court, having considered Relief Defendant Hugh L. McColl III's unopposed Motion to Vacate Final Order, hereby grants the Motion, and vacates and expunges from the record the Final Order As To Relief Defendant Hugh L. McColl III, entered in the above-referenced case on January 8, 2007.

Signed: April 19, 2010

Graham C. Mullen
United States District Judge